Marc Belloli (SBN 244290)
mbelloli@bdiplaw.com
M. Elizabeth Day (SBN 177125)
eday@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

Attorneys for Plaintiff
RELINK US LLC

Terry W. Ahearn (CA 216543)
tahearn@tesla.com
Gina H. Cremona (CA 305392)
gcremona@tesla.com
Krista M. Carter (CA 225229)
kricarter@tesla.com
**TESLA, INC.**
3000 Hanover St.
Palo Alto, CA 94304
Tel: 408-204-7384

Attorneys for Plaintiff
TESLA, INC.

# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RELINK US LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>　　　　Defendant | Case No. 3:25-cv-03365-RFL<br><br>**STIPULATED REQUEST FOR ORDER TO MODIFY BRIEFING DEADLINES ON MOTION TO STAY** |

Plaintiff Relink USA LLC ("Relink") and Defendant Tesla, Inc. ("Tesla") (together, the "Parties") respectfully submit this stipulated request for an extension of Relink's deadline to file its opposition to Tesla's Motion to Stay (Dkt. 97) and for an extension of Tesla's reply in support of same.

Tesla filed its Motion to Stay on July 25, 2025, and the hearing is set for October 7, 2025. *See* Dkt. 97.

Relink's current deadline to file its opposition brief is August 8, 2025, and Tesla's current deadline to file its reply brief is August 15, 2025.

The Parties have mutually agreed to additional time for Relink to file its opposition brief and for Tesla's to submit its reply brief. Specifically, the Parties request that the deadline for Relink's opposition brief be extended to August 15, 2025, and the deadline for Tesla's reply brief be extended to August 29, 2025. The reason for the requested enlargement of time is counsel's obligations in other matters, including the filing of several pretrial opposition briefs in other matters.

The hearing date on Tesla's Motion to Stay is October 7, 2025. The Parties do not request a continuance of that hearing.

A proposed order entering this stipulation is attached herewith.

| | |
|---|---|
| Dated: August 4, 2025 | Respectfully submitted, |
| | */s/ Marc Belloli* |
| | Marc Belloli (SBN 244290) |
| | mbelloli@bdiplaw.com |
| | BUNSOW DE MORY LLP |
| | 701 El Camino Real |
| | Redwood City, CA 94063 |
| | Tel: (650) 351-7248 |
| | Fax: (415) 426-4744 |
| | |
| | Attorney for Plaintiff |
| | Relink US LLC |
| | |
| | */s/ Gina H. Cremona* |
| | Gina H. Cremona (CA 305392) |
| | gcremona@tesla.com |
| | **TESLA, INC.** |
| | 3000 Hanover St. |
| | Palo Alto, CA 94304 |
| | Tel: 408-204-7384 |
| | |
| | Attorney for Plaintiff |
| | TESLA, INC. |

# ORDER

Having considered the Parties' stipulation, the deadline for Relink's opposition brief to Tesla's Motion to Stay is extended to August 15, 2025, and the deadline for Tesla's reply brief is extended to August 29, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

/s/ *Marc Belloli*
Marc Belloli (SBN: 244290)